AUSA Nathalina A. Hudson 312-353-1123

**FILED**
MAR 18 2008
3-18-08
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT IN REMOVAL PROCEEDINGS

**RECEIVED**
MAR 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
v. )   08CR  221
DAMAND MATTHEWS )
)
NORTHERN DISTRICT OF ILLINOIS NUMBER: _____

The undersigned Affiant personally appeared before <u>Arlander Keys</u>, a United States Magistrate Judge, and being duly sworn on oath, states: that at the <u>SOUTHERN DISTRICT OF INDIANA</u>, one <u>DAMAND MATTHEWS</u>, was charged by Superceding Indictment with <u>conspiracy to distribute controlled substances in violation of Title 21, United States Code, Sections (s) 841 (a)(1) and 846</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Linder, Steve
Deputy, United States Marshals Service

Subscribed and Sworn to before me this
18th day of March, 2008.

_Arlander Keys_
ARLANDER KEYS
United States Magistrate Judge

AUSA Nathalina A. Hudson

Bond set [or recommended] by issuing Court at _____

SEALED  Mailed To KM 3/1

Warrant for Arrest     Bradley A. Blackington, Assistant United States Attorney     Telephone No. (317) 226-6333

# United States District Court

**SOUTHERN** DISTRICT OF **INDIANA**

UNITED STATES OF AMERICA
v.
DAMAND MATTHEWS
a/k/a Munchie

**WARRANT FOR ARREST**

CASE NUMBER: 3:07-cr-24-09 Y/H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAMAND MATTHEWS, A/K/A MUNCHIE _____
and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Superseding Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute controlled substances

in violation of Title _21_ United States Code, Section(s) _841(a)(1) and 846_

Laura A. Briggs                              Clerk, United States District Court
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                February 29, 2008  Evansville, Indiana
Signature of Issuing Officer CLERK           Date and Location

_[signature]_                                by _____
(By) Deputy Clerk                            Name of Judicial Officer

Bail fixed at $ _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |