# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 221 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Damand Matthews | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. The Defendant appears in response to arrest on 3/18/08. Mary Judge is appointed as counsel for Defendant. Defendant waives identity hearing. The Defendant is ordered removed voluntarily in the custody of the U.S. Marshal without prejudice to his right to address the issue of bond at a later date. *AK*

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|