UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**  **OFFICE OF THE CLERK**
   **CLERK**  March 25, 2008

United States District Court
Indiana Southern District Court
Office of the Clerk
304 Federal Bldg
101 NW Martin Luther King Jr. Boule
Evansville, IN 47708-1951

**Re:  USA v. Damand Matthews - 08 CR 221**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 221 | _X_ Order of Removal dated: 3/18/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                Sincerely yours,

                                                Michael W. Dobbins, Clerk

                                                by: _____
                                                  Marsha E. Glenn, Deputy Clerk