UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
March 25, 2008

United States District Court
Indiana Southern District Court
Office of the Clerk
304 Federal Bldg
101 NW Martin Luther King Jr. Boule
Evansville, IN 47708-1951

**F I L E D**

APR 0 3 2008   PH
Apr 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Re:  USA v. Damand Matthews - 08 CR 221**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 221 | _X_ Order of Removal dated: 3/18/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| ___ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk

**RECEIVED**

**MAR 3 1 2008**

**U.S. CLERK'S OFFICE**
**EVANSVILLE, INDIANA**

By: Nicole R. Nuff