| SENDER COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *John C.* _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>*John C LaVanchy*  3-31-08 |
| 1. Article Addressed to:<br><br>United States District Court<br>Indiana Southern District Court<br>Office of the Clerk<br>304 Federal Bldg<br>101 NW Martin Luther King Jr. Boulevard<br>Evansville, IN 47708-1951 | 08CR221<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 31 2008  CR 221<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0005 2036 0074 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

31 MAR 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
APR 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR221

FILED

APR 0 3 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT